# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*8:15 am, Dec 07, 2020*
**JEFFREY P. COLWELL, CLERK**

Civil Action No.

(To be supplied by the court)

JOSE MINJAREZ                                                          , Plaintiff

v.

SWIRE PACIFIC HOLDINGS INC DBA SWIRE COCA COLA USA
,

                                                          ,

                                                          ,

                                                          , Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

  JOSE MINJAREZ 301 MALLEY DR #35 Northglenn co 80233
  (Name and complete mailing address)


  720-665-5746
  (Telephone number and e-mail address)

## B. DEFENDANT     (S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

  Defendant 1:    SWIRE PACIFIC HOLDINGS, DBA SWIRE COCACOLA USA, 12634 SOUTH 265 WEST DRAPERT UTAH 84020   ADDRESS FOR SERVICE OF PROCEESS REGISTERED AGENT, C, T CORPORATION SYSTEM.  7700 E ARAPAHOE RD SIUT 220 CENTENIAL CO 80112 -1268
                    (Name and complete mailing address)



                    (Telephone number and e-mail address if known)



  Defendant 2:
                    (Name and complete mailing address)



                    (Telephone number and e-mail address if known)

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

  X     Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)


  ____     Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment

discrimination on the basis of a disability)

  X   Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq.
(employment discrimination on the basis of age)

 X   Other: (*please specify*)   CADA

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:   TITLE 7 DISCRIMANATION   SEX AND NATIONAL ORIGEN

The conduct complained of in this claim involves the following: (*check all that apply*)

     failure to hire            X   different terms and conditions of employment

     failure to promote          failure to accommodate disability

 X   termination of employment      retaliation

 X   other: (*please specify*)   SUSPENDED, LACK OF TRAINIG, DIRRAGATORY TREAMMENT.

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

     race          religion     X  national origin        age

     color       X   sex          disability

Supporting facts:

I AM A MALE OF MEXICA NACIOTALITY AND I AM 55 YEARS OLD,

I am fifty-five (55) years old, member in the protected class of above the age of forty (40).

I am a Mexican American and a member of a protected class based on my national origin.

I. Jose Minjarez began my career with Swire in September 2018 as a Sanitation Supervisor. r). Due to my excellent job performance, Mr. Parker Plant manager promoted Me to Quality

assurance Supervisor. Mr. Parker resigned approximately three (3) weeks later and Diana Plourde was Promoted to Plant Manag

I was clearly qualified for the position that I successfully served  without alteration to the terms of my employment or any complaints.

I was treated less favorably than others not in my protected class, as I alone experienced derogatory treatment, lack of training, and termination.

A younger subordinate, Christian Oropeza (Sanitation Lead), A hispanic male in mid 30s attended a week-long training in Utah on the IQS system, Also the 2nd shift Q,A  supervisor Shaun Rothe, A white male also in his mid 30s. attended this training  which is used for all quality testing and process(es) at Swire. Mr. Oropeza attended this training before there was even an opening for the position of Quality Supervisor and I was inexplicably not allowed to attend the same training. Mr. Oropeza was later promoted to Quality Supervisor, and received another week-long training in North Carolina on the water treatment system. there was  I also another employee that atended this traing also a white male in his mid 30s, I also did not receive this training

During employment I was never counseled about my work performance or behavior.

White employees were demoted rather than fired. For example, Ms. Maryann Soto was demoted from production manager to production supervisor and received the same compensation. Similarly, Randy Tabb was demoted from maintenance manager to technical adviser and still received his same compensation. Charles Anderson was demoted from Q.A. manager to Q.A specialist – upon information and belief, this position was specifically created so Mr. Anderson was not fired. Further, Tom Slavick was demoted from plant manager to operations manager at the same compensation
.
I made multiple protected complaints to Mr. Frisby, Mr. Reaves, and Ms. Plourde about harassment and discrimination. Yet, no action was taken to address these complaints; the only thing I received for bringing up my concerns was retaliation. First, I was terminated by Mr. Frisby for brining up concerns. Ms. Plourde then claimed that I was not terminated, only to then place me on leave and terminate me ten (10) days later for never mentioned alleged performance and behavioral issues.

I was tormented by my coworkers James kennedy, amd others, who were not in the same protected class my office was bandalized several times,

 Following my refusal to change shifts with a Maryann Soto A white female employee, I was placed on a performance improvement plan.

 I made good faith complaints about the working environment. Yet, those complaints were ignored, not investigated, and nothing changed. Prior to my complaints, I was  given a merit raise.

 I made documented complaints to my supervisor mere days later, I was threatened, placed on a suspension, and terminated.

As stated above, Mr. Reaves, Mr. Frisby, and Ms. Plourde treated me adversely and ultimately ignored my legitimate workplace concerns by failing to get to the root of the issue and simply blamed me for becoming irritated.

Additionally, Swire failed to take any action to end the workplace discrimination about which I complained,

 Swire did not answer my questions, and retaliated against me.

CLAIM TWO:   ADEA/ADA DISCRIMANATION    SEX AND NATIONAL ORIGEN

The conduct complained of in this claim involves the following: (*check all that apply*)

_____ failure to hire__X__ different terms and conditions of employment

_____ failure to promote_____ failure to accommodate disability

 _X___ termination of employment__X__ retaliation

 _X___ other: (*please specify*) ___SUSPRNDED___ LACK OF TRAINIG DIRRAGATORY TREAMMENT

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

_____ race_____ religion __X__ national origin_____ age

_____ color_X___ sex _____ disability

Supporting facts: SEE ABOVE FOR ALL PREVIOUS ALLEGATIONS,

CLAIM: THREE ___CADA_____ RETALIATION

The conduct complained of in this claim involves the following: (*check all that apply*)

_____ failure to hire__X__ different terms and conditions of employment

_____ failure to promote_____ failure to accommodate disability

 X    termination of employment____ retaliation

 X    other: (*please specify*)    SUSPENDED , TERMINATION ,

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

____ race____ religion   X   national origin  X   age

____ color X    sex ____ disability

Supporting facts: SEE AVOBE FOR ALL PREVIOUS ALLEGATIONS

## E. ADMINISTRATIVE    PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

 X   Yes (***You must attach a copy of the administrative charge to this complaint***)

___ No

Have you received a notice of right to sue? (*check one*)

 X   Yes (***You must attach a copy of the notice of right to sue to this complaint***)

___ No

## F. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*
*REINSTATEMENT*
*JURY*
*ECONOMIC DAMAGES*
*COMPENSATORY DAMAGES*
*PUNITIVE DAMAGES*

## G. PLAINTIFF'S    SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.


___JOSE MINJAREZ___
  (Plaintiff's signature)

12/03/2020

  (Date)


(Form Revised December 2017)